**ROMANO STANCROFF PC**
Mark Romano, Esq. (SBN 244113)
Timothy Whelan, Esq. (SBN 255037)
Aliaksandra Valitskaya, Esq. (SBN 320680)
360 N. Pacific Coast Hwy., Suite 1010
El Segundo, CA 90245
Telephone: (310) 477-7990
Fax: (310) 477-7995
mark@thelemonlawattorneys.com

Attorneys for Plaintiff,
JOSEPH AHUMADA-NAVARRO

```
FILED
CLERK, U.S. DISTRICT COURT
February 10, 2021
CENTRAL DISTRICT OF CALIFORNIA
BY:    VPC    DEPUTY
```

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH AHUMADA-NAVARRO,<br><br>Plaintiff,<br><br>vs.<br><br>FCA US LLC, a Delaware Limited Liability Company, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 8:20-cv-01739 SB (ADSx)<br><br>**[PROPOSED] JUDGMENT**<br><br>US District Judge Stanley Blumenfeld, Jr.<br>Magistrate Judge Autumn D. Spaeth |

Good cause having been shown, it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

Judgment is hereby entered against Defendant FCA US LLC in favor of Plaintiff, Joseph Ahumada-Navarro.

-1-

Defendant FCA US LLC shall pay the sum of $48,000.00 to Plaintiff as the total amount to be paid by FCA US on account of any liability claimed in this action, with the return of the subject vehicle (2018 Jeep Grand Cherokee, VIN 1C4RJEAG0JC451071) by Plaintiff to FCA US, or its authorized representative with clear title, current registration and free of any liens or encumbrances.

The foregoing sum shall be paid ninety (90) days from the date Plaintiff's Acceptance of FCA US's Rule 68 Offer of Judgment is executed and served by Plaintiff. During this period, no interest will accrue on this sum.

In addition, Defendant FCA US LLC will pay Plaintiff and his attorneys Romano Stancroff PC a sum equal to the aggregate amount of costs and expenses, including attorney's fees based on actual time reasonably incurred in connection with the commencement and prosecution of this action pursuant to Civil Code Section 1794(d), to be determined by the court if the parties cannot agree.

IT IS SO ORDERED.

Dated: February 10, 2021

~~Clerk of Court~~
Stanley Blumenfeld, Jr.
United States District Judge

[PROPOSED] JUDGMENT